IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Hawks, D.O. individually and as spouse of Sara Hawks, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Sharon Seery,<br><br>Defendant. | No. CV-21-00092-PHX-DGC<br><br>**ORDER** |

On November 18, 2021, the Court held a telephone conference with Plaintiffs' counsel and Defendant. The purpose of the conference was to assess the status of this case and determine the best way to proceed.

Defendant Sharon Seery stated that she is not able to retain counsel in this case. She also is dealing with family difficulties at the present time. The Court informed Ms. Seery that there are some resources to assist her in representing herself, including a handbook available from the clerk's office, but that she otherwise will need to represent herself in this case to the best of her ability. The Court cannot act as her advocate and must maintain its neutrality.

The Court has diversity jurisdiction over this case. Defendant's response (Doc. 15) to Plaintiffs' motion for default judgment will be deemed to be an answer and counterclaim in this case. Plaintiffs shall respond to the counterclaim within 20 days of this order.

The Court discussed the prospect of a settlement conference with the parties. After discussion, Defendant and Plaintiffs' counsel agreed that a settlement conference would be

advisable. The Court will designate Judge Michelle Burns to act as a settlement judge in this case. Plaintiffs' counsel and Defendant shall place a joint telephone call to Judge Burns' judicial assistant, Elida Carranza (602) 322-7610, to schedule the conference. The settlement conference shall be completed within 75 days of this order.

The Court will hold off on setting a schedule for this case until after the settlement conference has been completed. If settlement is not reached, the Court will schedule a Rule 16 case management conference to set a schedule for the remainder of this case and will require the parties to file a joint Rule 26(f) report. The parties shall file a joint notice with the Court within five days of the settlement conference stating whether the case has settled and, if not, requesting a scheduling conference.

Dated this 19th day of November, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge