1  Julie A. Pace, SBN 014585
2  David A. Selden, SBN 007499
   Daniel L. Marks, SBN 034141
3  Steven B. Coffin, SBN 038399
   **PACE SELDEN GILMAN MARKS PLLC**
4  7250 North 16th Street, Suite 410
   Phoenix, Arizona 85020
5  Telephone (602) 851-8799
6  www.psgmlaw.com
   jpace@psgmlaw.com
7  dselden@psgmlaw.com
   dmarks@psgmlaw.com
8  scoffin@psgmlaw.com
   *Attorneys for Plaintiff*
9
10 Sharon Seery
   7521 West 11th Street
11 Greeley, CO  80634
   lostinwonderland22470@gmail.com
12 (970) 978-5111
   *Defendant Pro Per*
13

14              **IN THE UNITED STATES DISTRICT COURT**

15                **FOR THE DISTRICT OF ARIZONA**

16 Jack Hawks, D.O., Individually and as       Case No. CV21-00092-PHX-DGC
   spouse of Sara Hawks, Sara Hawks,
17 Individually and as spouse of Jack Hawks,    **STIPULATION FOR ENTRY OF**
   D.O.,                                        **JUDGMENT**
18
                                Plaintiffs,
19
   v.
20
   Sharon Seery, John and Jane Does I-V
21
                                Defendant.
22

23        Pursuant to the Settlement Conference held on November 9, 2023, before the

24 Honorable Deborah M. Fine, Jack Hawks, D.O., and Sara Hawks, Plaintiffs, and Sharon

25 Seery, Defendant, hereby stipulate to entry of Judgment in the form of Judgment lodged

26 concurrently with the filing of this Stipulation and attached hereto.

27 / / /

28 / / /

10079722.1

*(left margin, vertical text)* **PACE SELDEN GILMAN MARKS PLLC** 7901 N. 16TH STREET, SUITE 200 PHOENIX, ARIZONA 85020

DATED this 10th day of November, 2023.

PACE SELDEN GILMAN MARKS PLLC

By:/s/ David A. Selden
    Julie A. Pace
    David A. Selden
    Daniel L. Marks
    Steven Coffin
    *Attorneys for Plaintiff*


/s/ Sharon Seery (with permission)
Sharon Seery
7521 West 11th Street
Greeley, CO  80634
lostinwonderland22470@gmail.com
(970) 978-5111
*Defendant Pro Per*


## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, or those who have registered for electronic notice, or who have consented in writing to electronic service, to be served through the CM/ECF system.  I further certify that on the 10th day of November, 2023, I sent via electronic mail and First-Class Mail, postage prepaid, the attached document to:

Sharon Seery
7521 West 11th Street
Greeley, CO  80634
lostinwonderland22470@gmail.com
sharonseery8@gmail.com


s/ Lauri Andrisani

PACE SELDEN GILMAN MARKS PLLC
7901 N. 16TH STREET, SUITE 200
PHOENIX, ARIZONA 85020

10079722.1